507 F.2d 1389
 Charles A. SCHICKE et al., Plaintiffs-Appellants,
v.
James T. LYNN, Secretary of Housing and Urban Development,
et al., Defendants-Appellees.
 No. 198, Docket 74-1690.
 United States Court of Appeals, Second Circuit.
 Argued Nov. 21, 1974.
Decided Dec. 20, 1974.
 
 John Keogh, Jr., Norwalk, Conn. (John A. Mottalini, Keogh, Candee & Burkhart, Norwalk, Conn., of counsel), for plaintiffs-appellants.
 Karen K. Siegel, Atty., Dept. of Justice, Washington, D.C. (Stewart H. Jones, U.S. Atty., for the District of Connecticut, Hartford, Conn., Carla A. Hills, Asst. Atty. Gen., New York City, Stephen F. Eilperin, Atty., Dept. of Justice, Washington, D.C., of counsel), for Federal defendants-appellees.
 Arthur J. Goldblatt, Corp. Counsel, Norwalk, Conn., for defendant-appellee City of Norwalk.
 Before SMITH, HAYS and MANSFIELD, Circuit Judges.
 PER CURIAM:
 
 
 1
 The order of the district court is affirmed for the reasons set forth in Judge Blumenfeld's well-reasoned opinion, see 386 F.Supp. 97 (D.Conn.1974).